```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney          E-Filed: 7/9/09
 3  Chief, Criminal Division
    STEVEN R. WELK                                JS - 6
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  P. GREG PARHAM
    Special Assistant United States Attorney
 6  California Bar Number 140310
    Asset Forfeiture Section
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-0304
 9       Facsimile: (213) 894-7177
         E-mail: Greg.Parham@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 06-6283 GHK (SHx) |
| Plaintiff, | |
| v. | [~~Proposed~~] CONSENT JUDGMENT OF FORFEITURE |
| $1,809,598.69 IN BANK FUNDS, | |
| Defendant. | |
| HELEN GOLAY AND OLGA RUTTERSCHMIDT, | |
| Claimants. | |

I.   Procedural History

This action was filed on October 2, 2006.  Notice was given and published in accordance with law.  Claimant Helen Golay

("claimant Golay") filed a verified statement of interest ("claim") on November 1, 2006 and an answer on November 8, 2006, contesting the forfeiture of the following defendant funds: $59,068.77 seized from First Federal Bank account number XXXXXXX0939, held in the name of Helen Golay (subject account #1);[1] $821,939.94 seized from UnionBanc Investment Services Portfolio Connection account number XXX-XX5793 (also referred to as account number XXXXXX4138), held in the name of Helen Golay (subject account #2); $200,000.00 seized from First Federal Bank account number XXXXXXX6828, held in the name of Helen Golay (subject account #3); and, $100,000.00 seized from First Federal Bank account number XXXXXXX6893, held in the name of Helen Golay (subject account #4)(the above-listed funds seized from subject accounts 1 through 4, inclusive, totaling $1,181,008.71, are collectively referred to herein as "the Golay funds").

Potential claimant Olga Rutterschmidt did not file a claim or answer in this matter.  On March 11, 2009, this Court granted Plaintiff's Motion for a Partial Default Judgment as to the following defendant funds: $332,838.91 seized from the Lincoln National Life Insurance Company SecureLine account on deposit at State Street Bank and Trust Company, account number XXXXXXX9572, held in the name of Olga Rutterschmidt (subject account #5); $20,000.00 seized from California Bank & Trust account number XXXXXX2483, held in the names of Olga Rutterschmidt and Endre Rutterschmidt (subject account #6); $24,018.09 seized from

---

[1] The full account numbers have been redacted pursuant to Local Rule 79-5.4(d).

California Bank & Trust account number XXXXXX5606, held in the names of Olga Rutterschmidt and Endre Rutterschmidt (subject account #7); $30,157.75 seized from California Bank & Trust account number XXXXXX1649, held in the names of Olga Rutterschmidt and Endre Rutterschmidt (subject account #8); and $221,575.23 seized from California Bank & Trust account number XXXXXX2833, held in the names of Olga Rutterschmidt and Endre Rutterschmidt (subject account #9)(the above-listed funds seized from subject accounts 5 through 9, inclusive, totaling $628,589.98, are collectively referred to herein as "the Rutterschmidt funds").

No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired.

II. Consent Judgment of Forfeiture

Plaintiff and claimant Golay have reached an agreement that is dispositive of the action. Claimant Golay now withdraws her claim and answer and wishes to relinquish any rights to the Golay funds. The parties hereby request that the Court enter this Consent Judgment of Forfeiture, which encompasses both the Golay funds and the Rutterschmidt funds (collectively referred to as "the defendant bank funds").

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.
2. Notice of this action has been given in accordance with law. All potential claimants to the defendant $1,809,598.69 in Bank Funds other than claimant Golay

1       are deemed to have admitted the allegations of the
2       Complaint.  The allegations set out in the Complaint
3       are sufficient to establish a basis for forfeiture.
4  3.  The United States of America shall have judgment as to
5       $1,809,598.69 of the defendant bank funds (the sum
6       total of the Golay funds and the Rutterschmidt funds),
7       plus all interest earned by the government on the full
8       amount of the defendant bank funds, and no other person
9       or entity shall have any right, title or interest
10      therein.  The United States Marshals Service is ordered
11      to dispose of said assets in accordance with law.
12  4.  Claimant Golay hereby releases the United States of
13      America, its agencies, agents, and officers, including
14      employees and agents of the Federal Bureau of
15      Investigation and the Los Angeles Police Department,
16      from any and all claims, actions or liabilities arising
17      out of or related to this action, including, without
18      limitation, any claim for attorney's fees, costs or
19      interest which may be asserted on behalf of the
20      claimant, whether pursuant to 28 U.S.C. § 2465 or
21      otherwise.
22  5.  Plaintiff, United States of America, agrees that it
23      will not seek to recover civil sanctions (except to the
24      extent that the forfeiture of the defendant bank funds
25      can be considered a civil sanction), attorney's fees or
26      costs in connection with this action or the underlying
27      seizure.
28 / / /

6. The Court finds that there was reasonable cause for the seizure of the defendant bank funds and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated:  7/8  , 2009

```
_____
THE HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE
```

**[Signatures of counsel appear on the next page.]**

**Approved as to form and content:**

Dated: June        , 2009     THOMAS P. O'BRIEN
                              United States Attorney
                              CHRISTINE C. EWELL
                              Assistant United States Attorney
                              Chief, Criminal Division
                              STEVEN R. WELK
                              Assistant United States Attorney
                              Chief, Asset Forfeiture Section

                              _____
                              P. GREG PARHAM
                              Special Assistant United States Attorney
                              Asset Forfeiture Section

                              Attorneys for Plaintiff
                              United States of America

Dated: June        , 2009

                              _____
                              ROGER JON DIAMOND
                              Attorney for Claimant
                              HELEN GOLAY